FORM NO. 2

# United States Bankruptcy Court
### Western District of Tennessee

In re   **Brian Keith Grab**
**Kay Dee Grab**

Debtor(s)

Case No.

Chapter   **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Brian Keith Grab** | S.S.# | **xxx-xx-0647** |
| | (W) **Kay Dee Grab** | S.S.# | **xxx-xx-3818** |
| ADDRESS: | **410 Channing Cove** | | |
| | **Lexington, TN 38351** | | |

PLAN PAYMENT:     Debtor(s) to pay $ **6,825.00**    (~~weekly~~, ~~every two weeks~~, ~~semi-monthly~~, monthly)

PAYROLL DEDUCTION:     OR ( **X** ) DIRECT PAY

BECAUSE:

FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:     **Self-Employed**      Spouse's Employer:

ADMINISTRATIVE:     Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

| | | | MONTHLY PLAN PMT. |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ | **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ | **-NONE-** |
| | Child support arrearage amount | $ | |
| PRIORITY CREDITORS: | **Internal Revenue Service $6,077.73** | $ | **102.00** |
| | **Utah State Tax Commission  $653.85** | $ | **12.00** |

HOME MORTGAGE:     If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | MONTHLY PLAN PMT. |
|---|---|---|---|---|
| **Chase** | Ongoing pmt. Begin **December 1, 2014** | | $ | **2,035.00** |
| | Approx. arrearage **8,300.44** | Interest **0.00** % | $ | **140.00** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | | MONTHLY PLAN PMT. |
|---|---|---|---|---|
| **Mercedes-Benz Financial Servcies** | $ **44,794.81** | **8.00** % | $ | **920.00** |
| **Suntrust Bank** | $ **30,499.55** | **4.57** % | $ | **573.00** |
| **World Mark by Wyndham** | $ **6,601.34** | **8.00** % | $ | **140.00** |
| | $ | % | $ | |

UNSECURED CREDITORS:     Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **100** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$121,387.00**

TERMINATION:     Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:

**Special Intentions:**
**Weber State Credit Union: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.**
**Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

**Long Term Debt:**
**Ocwen:  Ongoing $1056.76**
      **Arrears:  3,213.97   $55.00 per month**

**Special Class Unsecured:**
**US Department of Education - $18,378.41   $10.00 per month - debt to survive discharge.**

**Rejected Leases**
**-NONE-:**

**Assumed Leases**
**-NONE-:**

FORM NO. 2

DEBTOR'S ATTORNEY:      **RICHARD H. WALKER 014166
WALKER LAW OFFICE
P.O. BOX 530
80 SOUTH MAIN STREET, SUITE A
LEXINGTON, TN 38351
731-968-3356 Fax:731-968-3350**