UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

---

In Re: Brian Keith Grab & Kay Dee Grab            Chapter 13
    Debtor (s)                                        Case No: 14-12920

---

MOTION TO TRANSFER CREDITOR
FROM UNSECURED TO SECURED

---

    Comes now the Debtor, who would respectfully make the following statements to the Court:

    1. The debtor filed a Chapter 13 case on November 4, 2014 in this honorable court.

    2. The Creditor, Capital One/Polaris was listed on the plan as unsecured when in fact they are secured by two 2010 Polaris 330's.

    3. The Debtor(s) moves the Court that Capital One/Polaris be moved from unsecured status to secured status in the amount of $5,050.00 to be paid with 8% interest and the plan payment be adjusted to reflect the change.

    /s/ Richard Walker
    Richard Walker, Attorney for Debtor
    107 South Shannon St.
    Jackson, TN 38301
    (731) 427-5568    Fax (731) 424-9088
    BPR # 014166

Certificate of Service

    I certify that I have served a copy of the Motion to Transfer Creditor from Unsecured to Secured to the following by mailing a copy of same to his office by the U.S. Mail, postage pre-paid on January 7, 2015.

Debtor
Debtor's Attorney
Chapter 13 Trustee
Capital One/Polaris, c/o Bass & Associates, PC, 3936 E. Ft. Lowell Rd., Ste 200, Tucson, AZ 85712.

    /s/ Richard Walker